AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

**FILED**
**APR 14 2026**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Santiago De Jesus REYES SORIA | ) Case No. DR: 26-2006m-01 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ Feburary 4, 2026 _____ in the county of _____ Maverick _____ in the _____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 933 (a)(1) & (b) | Conspiracy to Trafficking in Firearms. |

This criminal complaint is based on these facts:

**See attached Affidavit**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mohamed E. Shawkat, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/14/2026

_____
*Judge's signature*

City and state: _____ Del Rio, Texas _____

Joseph Cordova, U.S. Magistrate Judge
*Printed name and title*

DR: 26-2006 m-01

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Mohamed Shawkat, being duly sworn do hereby depose and state:

1.  The United States, including the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), is conducting a criminal investigation into James Dean SANCHEZ, Santiago De Jesus REYES SORIA, and Isaiahs RODRIGUEZ for violating Title 18, U.S.C, § 933 (a)(1) & (b)- conspiracy to trafficking in firearms.

2.  In January 2026, ATF began an investigation into an Instagram profile tied to Santiago De Jesus REYES SORIA. On or about January 27, 2026, an ATF undercover (UC), while working in an undercover capacity, observed the Instagram profile post a picture of a pistol on their Instagram story with a cell phone emoji. The UC replied to the story and asked how much, and REYES SORIA replied stating he wanted $400. Throughout the conversation the UC told REYES SORIA that he would take the firearm to Mexico, and REYES SORIA acknowledge and told the UC to let him know when he was in Eagle Pass, Texas.

3.  Shortly after, REYES SORIA sent the UC a picture of a conversation between himself and another individual who was later identified as James Dean SANCHEZ. SANCHEZ was advertising an AR pistol for $800. REYES SORIA kept communicating with the UC and SANCHEZ and was able to coordinate the sale of one AR pistol, two pistols, and a Mac11 style pistol in Eagle Pass, Texas between the UC and SANCHEZ. During this time, the UC reiterated that he needed to be quick because he had to get the firearms to his "ppl" so they could wrap them and send them to Mexico. In these conversations, it was known that REYES SORIA would be paid $100 for setting up the transaction.

4.  On February 4, 2026, at approximately 1:24pm, REYES SORIA, SANCHEZ, and Isaiahs RODRIGUEZ, arrived at the preplanned meet location at 414 S Bibb Ave, Eagle Pass, in the Western District of Texas in a Black GMC Terrain. The UC noted that the driver of the vehicle was SANCHEZ. REYES SORIA was sitting in the rear driver's side seat. In the front passenger seat was an individual later identified as Isaiahs RODRIGUEZ.

5.  REYES SORIA got out of the vehicle and got into the front passenger seat of the UC's vehicle. REYES SORIA handed the UC a Taurus Model TH40C SN: ADC111562 pistol wrapped in a plastic grocery bag. After handing the UC the firearm, REYES SORIA told the UC that he wanted the money, and he was going to go get the other firearms.

6.  The UC explained he would get out of the vehicle and meet with the other individuals. The UC walked to the passenger side of the GMC SUV along with REYES SORIA. The UC greeted SANCHEZ and RODRIGUEZ. RODRIGUEZ and SANCHEZ wanted to see the money first,

and the UC pulled out $400 of ATF furnished funds and paid REYES SORIA for the Taurus Firearm he purchased from REYES SORIA.

7. The UC walked to his vehicle to grab his bookbag and walked back to the GMC. RODRIGUEZ had a Palmetto State Armory PA-15 AR pistol SN: SCD302612 wrapped in a black trash bag. The UC opened his bag, and RODRIGUEZ put the AR pistol in the UC's bag.

8. As the UC was walking back to his vehicle to set the bag down, REYES SORIA, who had another pistol tucked inside of his hoodie followed the UC and pulled out a Polymer80 P80 Model PF940V2 9mm pistol (Privately made Firearm/ No SN). REYES SORIA put the pistol in the UC's bag. The UC gave REYES SORIA a total of $2000 in ATF furnished funds; REYES SORIA handed the money to SANCHEZ who was now standing outside of the GMC. SANCHEZ asked the UC if he still wanted the "Mac" pistol. Both agreed that SANCHEZ would grab the pistol so the UC could purchase it.

9. After retrieving the firearm from SANCHEZ's residence, SANCHEZ, REYES SORIA, and RODRIGUEZ returned to the original meeting location. REYES SORIA and SANCHEZ went to the passenger side of the UC's vehicle and handed the UC a white plastic bag which contained a Masterpiece Arms Defender 9mm pistol SN: FX39760, and the UC handed REYES SORIA $1500 in ATF furnished funds. REYES SORIA then immediately handed SANCHEZ the money.

10. SANCHEZ asked the UC if he takes the firearms to Laredo. The UC explained to SANCHEZ while REYES SORIA was standing next to him that he takes them to "Mexico". On this transaction the UC purchased the below firearms:

- TAURUS; Model: TH40C; Caliber: 40; Type: PISTOL; S/N: ADC111562

- PALMETTO STATE ARMORY; Model: PA-15; Caliber: 350; Type: PISTOL; S/N:SCD302612

- MASTERPIECE ARMS; Model: DEFENDER; Caliber: 9; Type: ANY OTHER WEAPON (AOW); S/N: FX39760

- POLYMER80, INC. (P80 TACTICAL P80); Model: PF940V2; 9-millimeter; Type: PISTOL; bearing no identifiable serial number.

11. An ATF interstate nexus examination was conducted on all of the firearms purchased, and it was determined that they were not manufactured in the state of Texas and therefore traveled in interstate and/or foreign commerce.

12. Between February 12, 2026, and March 27, 2026, SANCHEZ and REYES SORIA met with the UC in Eagle Pass, in the Western District of Texas, where they sold the UC 6 more firearms on three different occasions. RODRIGUEZ accompanied SANCHEZ and REYES SORIA on two of the three occasions. During those meets, an ATF UC purchased firearms with

obliterated serial numbers and machineguns with the knowledge of the firearms going to Mexico, more specifically to a designated Foreign Terrorist Organization.

13. Based on the above facts, your affiant believes there is probable cause that James Dean SANCHEZ, Santiago De Jesus REYES SORIA, and Isaiahs RODRIGUEZ conspired to traffic in firearms in violation of 18 U.S.C. §933(a)(1) & (b).

Special Agent Mohamed Shawkat
Bureau of Alcohol, Tobacco, Firearms and
Explosives

SUBSCRIBED AND SWORN TO ME THIS 14th DAY OF APRIL 2026.

HONORABLE JOSEPH CORDOVA
UNITED STATES MAGISTRATE JUDGE